IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2020 AUG 20 PM 1: 02
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | | |
|---|---|---|
| TAWAN CHILDS, | : | HON. EDMUND A. SARGUS JR. |
| | : | Presiding Judge |
| Plaintiff, | : | |
| | : | HON. ELIZABETH P. DEAVERS |
| v. | : | Magistrate Judge |
| | : | |
| THE KROGER CO., et al., | : | Case No. 2:20-cv-4216 |
| | : | |
| Defendants. | : | |
| | : | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE PRO SE MOTION IN CONTRA TO REMOVAL AND MOTION TO REMAND TO STATE COURT.

On or about August 19, 2020, Trisha M. Breedlove, Attorney for Plaintiff, sent notice of Motion to Withdraw as Counsel Pursuant to Local Rule 18.01. It certified that it would be filed on August 19, 2020, electronically. Plaintiff checked with clerk and it did not appear on the record. Also, there was no affidavit attached explaining good cause. ( See Copy of Motion attached as Exhitbit A)

1. Counsel has not zealously represented Plaintiff. Plaintiff believes counsel has not respected plaintiff nor showed much interest or work on plaintiff's Case. Counsel routinely failed to apprise plaintiff of developments, continuously work against plaintiff's interest. Counsel will not investigate, supplement nor update financial damages, emotional distress, physical damages, future value, potential reinstatement options since Injction to Reinstatement is pending, will not advance discovery and arbitrarily stopped deposition without consulting or even deposing defendants which Plaintiff believes is grossly unprofessional and not zealous and contrary to practice in discovery and

1

preparation for trial or summary judgment; Trisha was working on another case day of deposition, not focused on Plaintiff's case, and not involved much in deposition and kept interrupting and arguing with Opposing counsel on July 20, 2020. She did not make clear objections; She initially tried to get Heather, Defendant's card and Jeffrey Hiller had to stop her; Counsel did not follow through on promises. Counsel did not look for evidence and witnesses. She made comment that she did not know how to find Crissy Jane Doe who was first person to interview and hire Plaintiff for Kroger Co. on Bridge Street in Dublin, OH; She did not investigate other evidence and is not showing zeal or adequate trial preparation undermining the fairness of litigation process for Plaintiff; Trisha appears to be letting Jeffrey Hiller and Sarah Squillante do all the work and investigation which is not fair because they represent Kroger Co Interest not Plaintiff's;

2. The issue presented to Judge O'Donnell in Memorandum or "Other document"( See Exhibit B or Motion to Removal filed by Kroger Co on August 18, 2020) which is the subject of removal in the United States district court had been presented to Spitz Law Firm with union rules sent; also, E-mail was sent to Spitz Law firm about issue and purportedly after conference, she relayed that she was not an expert on the issue. She did not advise against it. I wrote Paul Fillippelli on July 30, 2020, about issue because he had experience working for Department of Labor according to him. He never responded. Trisha started out this case being condescending towards Plaintiff and biased because of Plaintiff background. When she calls, it is NO ID. When Spitz Law Firm moved, she did not inform plaintiff of new office which caused copy of memorandum to be returned. There appears to be similar allegations filed with bar against Spitz Law Firm practices of

not representing clients interest, not communicating and lying to clients only to try to prematurely settle case at low value. Plaintiff saw review of another client;

3. Trisha has not put forth the effort to protect Plaintiff's interest. At Deposition, she allowed Kroger Co to present false evidence of letters and would not defend Plaintiff on Stale disclosure issue that would have been collaterally estopped since it originated in Union and was used after Plaintiff became exempt.

4. In the Interest of Justice, being that Motion for Removal is pending, Plaintiff requests permission from this honorable court to file Motion in Contra and Motion to Remand back to State Court for the reasons stated above.

For the forgoing reasons, Plaintiff request that this court grant special permission to file and ask court to accept pro se Motion In Contra and Motion to Remand to State Court in the interest of Justice.

I, hereby, declare under the penalty of perjury under the laws of the United States of America Pursuant to Title 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge and belief. Executed on this _____20th_____ day of August, 2020.

_____
Tawan Childs, Declarant

Respectfully submitted,

_____
Tawan R. Childs, Pro Se
1230 Gabrielle-Elaine Dr.
Apt . #207
Columbus, OH 43228

3

*Plaintiff in Pro Se Capacity*

## CERTIFICATE OF SERVICE

I Hereby certify, on this 20th day of August, 2020, that a copy of the foregoing Plaintiff's Motion for leave to file Motion in Contra to Removal and Motion to Remand to State Court was sent by regular U.S. mail to Jeffrey S. Hiller, Trial Attorney (#0081533), Littler Mendelson, P.C., 21 East State Street, 16th Floor, Columbus, OH 43215, Attorney for Defendants The Kroger Co., Heather Gray, Patti Hutchison, and Levi VanReeth and Spitz Law Firm, Trisha Breedlove, The Spitz Law Firm, LLC, 1103 Schrock Road, Suite 307, Columbus, Ohio 43229

Tawan Childs, Pro Se
Plaintiff

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| TAWAN CHILDS, | ) | CASE NO.: 2:20-CV-04216-EAS-EPD |
| Plaintiff, | ) | |
| v. | ) | JUDGE EDMUND A. SARGUS, JR. |
| THE KROGER CO. et. al., | ) | |
| Defendants. | ) | **MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to Local Rule 18.01 and Ohio Rule of Professional Conduct 1.16, undersigned counsel, Trisha M. Breedlove, Paul Filippelli, and The Spitz Law Firm respectfully move to withdraw as counsel for Plaintiff Tawan Childs. In support of this Motion, undersigned counsel state as follows:

1. This Motion was served upon the Plaintiff, Tawan Childs, via electronic mail and U.S. Certified Mail.

2. Good cause, as defined by the Ohio Rules of Professional Conduct, exists to permit withdrawal. On or about August 11, 2020, Childs independently filed a Memorandum to the Franklin County Court, without the knowledge of Counsel. In his Memorandum, Mr. Childs asserts additional legal arguments. On or about August 19, 2020, Defendants filed Notice of Removal on the basis of Childs newly asserted legal arguments. Childs independently filed documents without and contrary to the advice of counsel. In clandestinely filing documents without informing Counsel, Mr. Childs has undermined Counsel's ability to represent him effectively and has demonstrated that he fundamentally disagrees with Counsel's advice. *See* Ohio Rule of Professional Conduct 1.16(b)(4) and (9).


Exhibit A

3. Withdrawal as counsel can be accomplished without material adverse effect on the interests of the client, nor will it prejudice any party. No motions are currently pending and no other deadlines are approaching. No jury trial is currently scheduled. *See id.* at 1.16(b)(1) (permitting attorney to withdraw if "withdrawal can be accomplished without material adverse effect on the interests of the client").

4. Undersigned counsel has given Childs warning of this Motion and will provide him all client papers regarding this case. *Id.* at Rule 1.16(d). Proof of electronic service is attached hereto as Exhibit A.

5. Childs's last current address and phone number is 1230 Gabriel Elaine Drive, Apartment 207, Columbus, OH 43228, 614-381-1644.

6. Mr. Childs must promptly obtain new counsel. Undersigned counsel is not aware of any new counsel in this case.

7. There are currently no hearings or other events scheduled in this case. Nonetheless, undersigned counsel understands that no continuances of pending hearings will be granted solely for the reason of change of counsel.

8. A declaration supporting the assertion of good cause is submitted with this Motion, attached hereto as Exhibit B.

WHEREFORE the Court should grant this Motion and allow Trisha M. Breedlove, Paul Filippelli, and The Spitz Law Firm to withdraw as counsel.

Respectfully Submitted,

*/s/ Trisha M. Breedlove*
Trisha Breedlove (0095852)
Paul Filippelli (0097085)
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Blvd., Ste. 200
Beachwood, Ohio 44122
Phone: (216) 291-4744
Fax: (216) 291-5744
Email: Trisha.Breedlove@spitzlawfirm.com
Email: Paul.Filippelli@SpitzLawFirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August 2020, a copy of foregoing is being filed and served through Court's electronic filing system.

*/s/ Trisha M. Breedlove*
Trisha Breedlove (0095852)
*Attorney for Plaintiff*